NUMBERS 13-03-622-CR and 13-03-623-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


________________________________________________________


STEVEN RAY HOLCOMB, Appellant,


v.



THE STATE OF TEXAS, Appellee.

________________________________________________________


On appeal from the 351st District Court 


of Harris County, Texas.


_________________________________________________________


MEMORANDUM OPINION



Before Justices Rodriguez, Castillo, and Garza


Opinion Per Curiam



 Appellant, STEVEN RAY HOLCOMB, perfected appeals from judgments entered
by the 351st District Court of Harris County, Texas, in cause numbers 955936 and
955937. Appellant has filed a motion to dismiss the appeals. The motion complies
with Tex. R. App. P. 42.2(a).

 The Court, having considered the documents on file and appellant's motion to
dismiss the appeals, is of the opinion that appellant's motion to dismiss the appeals
should be granted. Appellant's motion to dismiss the appeals is granted, and the
appeals are hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).

Opinion delivered and filed this

the 26th day of November, 2003.